No. 03–10240. PRIESTER v. LOWNDES COUNTY, MISSISSIPPI, SCHOOL DISTRICT, ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–10243. SHANNON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 03–10245. ERICKSON v. WATERTOWN HEALTH DEPARTMENT ET AL. C. A. 1st Cir. Certiorari denied.

No. 03–10246. RISNER v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 03–10249. WONSCHIK v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–10255. ARELLANO-RAMIREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10257. SABAN v. WASHINGTON GROUP INTERNATIONAL, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–10260. LEWIS v. LEWIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–10263. JOHNSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–10268. TURNER v. LAMARQUE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

· No. 03–10270. VALDEZ v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 03–10279. SANDERS v. WAYNE COUNTY, MICHIGAN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–10281. AHUJA v. SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY (two judgments). Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 03–10283. JOHNSON v. CAREY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–10285. REED v. WOODFORD, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.